# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KARL WATLINGTON, PATRICK WATLINGTON, SCOTT DERANGER AND NICHOLAS DERANGER | CIVIL ACTION NO.: 3:19-cv-00553 |
| | DISTRICT JUDGE: SHELLY D. DICK |
| VERSUS | MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR. |
| KNIGHT GLOBAL TRUCKING, LLC AND JULIO FUENTES | JURY TRIAL |

## RULING

After considering the foregoing *Motion for Partial Summary Judgment* filed by defendant, Knight Global Trucking, LLC:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Knight Global Trucking, LLC's *Motion for Partial Summary Judgment* is **GRANTED** and that plaintiff, Karl Watlington's, claims for the alleged independent or direct negligence of Knight Global Trucking, LLC, including but not limited to for "failing to properly train and supervise its driver" Julio Fuentes, all as set forth in Paragraph 11 of the Second Supplemental and Amending Petition for Damages herein, are hereby **DISMISSED, WITH PREJUDICE**.

Plaintiff remains free to pursue his negligence claims against defendant, Julio Fuentes, in which Knight Global Trucking, LLC may be held vicariously liable as his employer.

Signed in Baton Rouge, Louisiana the 5th day of March, 2021.

*/s/ Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**